UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN NORMAN NEY,

        Petitioner,

  v.

JAMES YATES,

        Respondent.
                                       /

Case Number: CV07-02835 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Norman Ney V-73158
Avenal State Prison
GF5/11up
P.O. Box 9
Avenal, CA 93204

Dated: July 10, 2007

                                          Richard W. Wieking, Clerk
                                          By: Nichole Heuerman, Deputy Clerk